# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1192
Lower Tribunal No. 2018-CF-001229

_____

FRANK L. LAWS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) Circuit Court for Highlands County.
Angela J. Cowden, Judge.

March 3, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, SMITH and PRATT, JJ., concur.


Frank L. Laws, Punta Gorda, pro se.

James Uthmeier, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED